EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at 9 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED

FEB 2 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>DEREK G. DUDLEY,<br>　　　　　Defendant. | Criminal Number: CR 04-00267<br>BENCH WARRANT RECALL/DISMISSAL<br>Citation Number: A1122729/H-19<br>18 U.S.C. § 13;<br>H.R.S. § 431:10C-104<br>A & P Date: 27 Jul 04 |

BENCH WARRANT RECALL AND DISMISSAL

　　　Good cause appearing, the United States Attorney hereby requests the court to recall the bench warrant and dismiss the indictment against DEREK G. DUDLEY, issued July 27, 2004 on the

grounds on the grounds that the defendant has shown proof of insurance.

DATED: February 28, 2006, Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

By _____
   GABRIEL COLWELL
   Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____    Dated: FEB 2 8 2006
UNITED STATES MAGISTRATE JUDGE

2