ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney

MATTHEW H. WATTERS
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  438-1217
Facsimile:  438-2570
Email:  matthew.watters@us.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 9 o'clock and ⅃⅃ min. AM
SUE BEITIA, CLERK

LODGED

FEB 2 1 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff,<br><br>vs.<br><br>DEREK G. DUDLEY,<br><br>Defendant. | Criminal Number: 04-00267<br>Citation Number: A1122727/H19<br><br>DISMISSAL AND WAIVER OF<br>APPEARANCE AND GUILTY<br>PLEA<br><br>Hawaii Revised Statute<br>291E-61(a)(3)<br><br>A&P DATE: July 27, 2004 |

DISMISSAL AND WAIVER OF APPEARANCE AND GUILTY PLEA

1. In accordance with Rule 43c(2), Federal Rules of Criminal Procedure, I do hereby waive my right to be present for arraignment, plea, trial, and the imposition of sentence.

2. I hereby waive my right to trial, judgment, and sentencing before a United States District Judge and whatever right I may have to a jury trial; and I hereby consent to trial before a United States Magistrate Judge. I do also waive my right to testify in person, the right to confront the government's witnesses, and the right to offer witnesses and testify in my own behalf.

3. I understand I have the right to an attorney; and if I cannot afford one, one will be appointed to represent me at no cost.

4. I understand I am charged with the offense of : Operating a motor vehicle under the influence of an intoxicant with .08 or more grams of alcohol per two hundred ten liters of breath at Wheeler Army Airfield, Hawaii, on April 5, 2004, in violation of Hawaii Revised Statute (H.R.S.) 291E-61(a)(3).

5. I further understand that the maximum sentence authorized by law is: a fine of not more than $1,000, imprisonment for not more than 30 days or both.

6. I hereby tender a plea of guilty to: Operating a motor vehicle under the influence of an intoxicant with .08 or more grams of alcohol per two hundred ten liters of breath at Wheeler Army Airfield, Hawaii, on April 5, 2004, in violation of Hawaii Revised Statute (H.R.S.) 291E-61(a)(3). With the understanding that my plea will permit a finding of guilty of: Operating a motor vehicle under the influence of an intoxicant with .08 or more grams of alcohol per two hundred ten liters of breath at Wheeler Army Airfield, Hawaii, on April 5, 2004, in violation of Hawaii Revised Statute (H.R.S.) 291E-61(a)(3).

7. I hereby agree to tender a fine of $200, plus the special assessment of $5, for a total of $205 as the entry of judgment, with the understanding the attorney for the government will accept this judgment. I understand any payment of fine will be coordinated through the **Clerk's Office, United States District Court**, District of Hawaii, and that I must print my address and telephone number below.

DEREK G. DUDLEY

315-451-6314 — Derek Dudley

315-657-7283 — Dane Dud (Father

Home telephone number

23 Sep 05

Date

166 McCloud rd
west monroe ny 13167

Address

Business telephone number

I CONSENT TO THIS ACTION.

FEB 1 5 2006

Dated

MATTHEW H. WALTERS
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED.

FEB 2 2 2006

Dated

UNITED STATES MAGISTRATE JUDGE